UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CARMELITA GORDON,  JUDGMENT
  04-CV- 4792 (DGT)
              Plaintiff,

-against-

RECOVERY ASSOCIATES, INC.,

              Defendant.
----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUL 25 2006 ★
BROOKLYN OFFICE

      An Order of Honorable David G. Trager, United States District Judge, having been filed on July 20, 2006, discontinuing the action without costs and without prejudice to the right to reopen if settlement is not consummated; it is

      ORDERED and ADJUDGED that the action is discontinued without costs and without prejudice to the right to reopen if settlement is not consummated.

Dated: Brooklyn, New York
       July 21, 2006

                  s/Robert C. Heinemann
                  ROBERT C. HEINEMANN
                  Clerk of Court